# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RODNEY EUGENE WESTON**
**ADC # 132833**                                                                  **PLAINTIFF**

**V.**             **CASE NO. 5:09CV00361-SWW-BD**

**RODNEY D. JONES,** *et al.*                                                     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of November 17, 2009.

IT IS SO ORDERED, this 27th day of January, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE